UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

McMurray

    Plaintiff,

 -v-                 ORDER OF DISMISSAL
                      CV-04-1732(TCP)

Graphic Image Corporation

    Defendant.
--------------------------------------------------------X

   IT IS HEREBY ORDERED, having been advised by the parties on December 2, 2005 that the

above case has settled, the case is dismissed. A stipulation of settlement should be forwarded to the

Court as promptly as possible.

   IT IS FURTHER ORDERED should the settlement not be consummated the Court will

reopen the case upon receipt of letter from counsel so requesting.

   The Clerk of the Court is directed to mark this case closed.


                      /s/
                      Thomas C. Platt
                      U.S. District Judge

Dated: Central Islip, NY
    January 5, 2006